John E. Bargero (SBN 236539)
PO Box 471857
San Francisco, California 94123
(415) 474-9488  (415)474-1806 Fax
John@theinventorsadvocate.com

Attorney for Sylvia Scott Gibson

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCOTT GIBSON,<br>    Plaintiff,<br>       vs.<br>CAFÉPRESS.COM, INC.<br>    Defendant | Case No. CV 09 1410<br>COMPLAINT FOR:<br>  1. COPYRIGHT INFRINGEMENT<br>  2. UNFAIR COMPETITION<br><br>DEMAND FOR JURY TRIAL |

//
//
//
//
//
//
//
//
//

COMPLAINT FOR COPYRIGHT INFRINGEMENT

-1-

THE PARTIES

1. Plaintiff Sylvia Scott Gibson is a natural person with a residence in Riverside County, California.

2. Defendant CaféPress.com, Inc. is a Delaware Corporation with a principle place of business in San Mateo County, California.

JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over all the Defendants by virtue of their transacting, doing, and soliciting business in this District, and because a substantial part of the relevant events occurred in this District and because a substantial part of the relevant events occurred in this District.

CAUSES OF ACTION

Count I - Copyright Infringement

5. Sylvia Scott Gibson (Plaintiff or Ms. Gibson) is an author of the book with original material entitled: "Latawnya the Naughty Horse Learns to say 'No' to Drugs" (hereinafter "*Latawnya Book*", see Exhibit 1).

6. Ms. Gibson registered and the United States Copyright Office granted, Copyright Registration TX 393-842 for the

*Latawnya Book* (attached as Exhibit 2) with an effective registration date of November 6, 1989. Ms. Gibson is the owner of all rights for *Latawnya* and derivative works thereof.

7. The *Latawyna Book* was published in July, 1991 and was commercially sold in book form with both text and illustrations.

8. The *Latawyna Book* is a commercially successful publication.

9. Cafépress.com, Inc. is a manufacturer of novelty products with offices in San Mateo, California.

10. Cafépress.com, Inc. operates a manufacturing facility for these products that is located in Louisville, Kentucky.

11. On good faith and belief, the Cafépress.com website allows third parties (hereinafter "Cafépress.com Partners") to create on-line shops. These on-line shops allow the Cafépress.com Partners to sell goods, such as T-Shirts, Coffee Mugs, and Stickers, with text and images imprinted on the goods that have been provided by the Cafépress.com Partners.

12. On good faith and belief, representations are made to the Cafépress.com Partners that they can earn upwards of $ 100,000 per year by having an on-line shop. A portion of the revenue that is generated by Cafépress.com is allocated between Cafépress.com and the Cafépress.com Partners.

13. CaféPress.com, Inc. has access to copyrighted material by virtue of their Cafépress.com Partners who supply such material to CaféPress.com, Inc. as part of their joint venture to sell goods on the Cafépress.com website.

14. In early 2008, Ms. Gibson became aware that the goods manufactured by CaféPress.com, Inc. were being sold that

reproduced, almost verbatim the text and images from the *Latawyna Book*, onto certain CaféPress.com, Inc. novelty products (hereinafter "*Latawyna Goods*"). CaféPress.com, Inc. identified the *Latawyna Goods* by the product numbers as:

    A) Baby Bibs - 135398314

    B) Toddlers T Shirt - 135394930

    C) Maternity Top - 135394938

    D) Regular T-Shirts - 135396995

    E) Junior Hoodies - 135398873

    F) Women Track Suit - 135398874

    G) T-Shirt - 135392296

    H) Kids Baseball Jersey - 135394931

15. CaféPress.com, Inc. organized, distributed, and coordinated the sale of *Latawyna Goods* through the CaféPress.com, Inc. on-line shop located at *https://www.cafepress.com/latawnya*. (See Exhibit 3).

16. The *Latawnya Goods* are imprinted with text and images that are substantially similar and/or identical to the copyrighted material in the *Latawnya Book*.

17. The *Latawnya Goods* are being commercially sold by Defendant without the express or implied permission of the Plaintiff. Therefore, Defendant's sale of the Latawnya Goods has infringed the copyright of Plaintiff and Defendant continued to infringe the copyright.

18. By reason of the foregoing, Plaintiff has been injured in an amount as yet to be ascertained, including, but not limited to profits from the sale of the infringing goods by CaféPress.com, Inc. from their on-line store. Defendant's have

willfully infringed and enabled others to willfully infringe Ms. Gibson's exclusive rights in the *Latawnya Book*.

Count II - Unfair Competition and False Advertising

19. Paragraphs 1 to 18 are incorporated herein by reference.

20. This claim arises under the common law of this state relating to trademark infringement and unfair competition.

21. Plaintiff is the owner of all right title and interest in the mark "*Latawyna*" mark in connection with the graphical "Naughty Horse" and other characters set forth in the preceding paragraphs.

22. Defendant, in connection with the sale of the *Latawyna Goods* is a false and deceptive business practice. Such conduct is likely to create consumer confusion and mistake in the minds of trade and the purchasing public as to the source of the products and to cause purchasers to believe that such products are authentic products of Plaintiff when, in fact, they are not.

23. Defendant is also trading upon the reputation and goodwill attributed to the *Latawyna* mark and impairing Plaintiff's exploitation of the *Latawyna* mark. Defendant has acted fraudulently and in bad faith and in conscious disregard of Plaintiff's rights and entitled to exemplary and punitive damages in an amount sufficient to punish and deter the Defendant.

//
//
//

COMPLAINT FOR COPYRIGHT INFRINGEMENT

-5-

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendants jointly and severally as follows:

1. For actual damages according to proof.

2. For punitive damages as this Court will see fit.

3. For reasonable attorney fees.

4. For costs of suit as allowable by law.

5. For statutory damages as allowable by law.

6. For preliminary and permanent injunction enjoining defendant and its agents, servants, employees, and all persons acting under, in concert with, or for it to publish any words or images from the book "Latawnya the Naughty Horse learns to say no to drugs" on any intangible or tangible products.

7. For such other relief as the Court deems just and proper.

Dated: March 31, 2009

*/s/ John Bargero*

John E. Bargero, Attorney for the Plaintiff


DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

*/s/ John Bargero*

John E. Bargero, Attorney for the Plaintiff

Dated: March 31, 2009

EXHIBIT 1

Book

# LATAWNYA, the Naughty Horse, Learns to Say "No" to Drugs



Sylvia Scott Gibson

EXHIBIT 2

Copyright Registration *TX 393-842*

COMPLAINT FOR COPYRIGHT INFRINGEMENT

-8-

TX 3 227 927

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? Check appropriate box ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

— space deleted —

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
VANTAGE PRESS, INC
516 WEST 34TH ST
NEW YORK, NY 10001
Area Code & Telephone Number ▼
212 736-1767

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  SYLVIA SCOTT GIBSON
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
HELEN T. LANE                                    date ▶ 7/1/91

Handwritten signature (X) ▼

MAIL CERTIFICATE TO
Name ▼
VANTAGE PRESS, INC
Number/Street/Apartment Number ▼
516 WEST 34TH ST
City/State/ZIP ▼
NEW YORK, NY 10001

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

EXHIBIT 3

Cafepress.com Website


# cafepress

Your Account | Sign In | Cart (1 item list)

- **T-SHIRTS & CLOTHING**
  - Men
  - Women
  - Juniors
  - Kids & Baby
  - Hats & Bags
- **HOME & GIFTS**
  - Mugs & Drinkware
  - Home Decor
  - Apron
  - Pets
- **CARDS & STATIONERY**
  - Greeting Cards
  - Calendars
  - Journals
- **ART & POSTERS**
  - Posters
  - Framed Prints
- **SIGNS & FUN STUFF**
  - Signs
  - Stickers
  - Buttons
  - Magnets
  - More Fun Stuff
- **BOOKS & CDs**
  - Books
  - CDs
- **ALL**

- Start Selling
- Make Your Own Stuff
- Community

Unique Gifts, T-Shirts and more

**Search All Departments:**
[ GO ]

Home > Marketplace >

**SHOP CATEGORIES**
- Shirts (short)
- Apparel
- Shirts (long)
- Baby
- Kids Clothing
- Kids Clothing
- Shirts (long)
- Shirts (short)

Get your own free online store today

**Subscribe to this shop's newsletter**
Sign up and receive news and specials.



So "No Way" to drinking and smoking drugs by wearing Latawnya fashion wear.

**Apparel**

Back to Top

Latawnya :: CafePress.com  https://www.cafepress.com/lataw


MORE COLORS AVAILABLE
Latawnya Women's Tracksuit
$62.99


MORE COLORS AVAILABLE
Latawnya T-Shirt: front and back
$18.99


MORE COLORS AVAILABLE
Latawnya Maternity T-Shirt
$27.99


Latawnya T-Shirt: front and back
$18.99


Latawnya Jr. Hoodie
$28.99

## Baby

Back to Top


MORE COLORS AVAILABLE
Latawnya Kids Baseball Jersey
$17.99


MORE COLORS AVAILABLE
Latawnya Infant/Toddler T-Shirt
$12.99


Latawnya Bib
$6.99

Customer Service | About Us | Jobs | Sitemap | Affiliate Program | Gift Certificates | Blog

All Content Copyright © 1999-2008 CafePress.com.
All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer



WEBBY WINNER

HACKER SAFE
TESTED DAILY  21-JUL